Sydney I. BRADSHAW, Plaintiff, Appellant,

v.

SHERIFF, CUMBERLAND COUNTY; Susan Taylor, Education Coordinator, Cumberland County Jail; Diana Sykes; Pike, Captain, Cumberland County Corrections Officer; Cumberland County Jail; Harold Gillman, Individually and in his Capacity as Educational Instructor at Cumberland County Jail; Francine Brenton, Defendants, Appellees,

Cindy BABBS, Cumberland County Corrections Officer, Defendant.

No. 01–1041.

United States Court of Appeals, First Circuit.

July 25, 2001.

Sydney Bradshaw, on brief, pro se.

John J. Wall, III and Monaghan Leahy, LLP, on brief, for appellees.

Before TORRUELLA, Circuit Judge, CAMPBELL and STAHL, Senior Circuit Judges.

PER CURIAM.

Sydney Bradshaw has appealed a district court judgment dismissing his complaint. We have reviewed the parties' briefs and the record on appeal. We affirm essentially for the reasons stated in the magistrate judge's Recommended Decision, dated November 8, 2000, which the district court accepted by order, dated November 30, 2000.

*Affirmed.*